UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTEO SANTOS RAMOS,<br>Petitioner,<br>v.<br>BRUCE SCOTT et al.,<br>Respondents. | CASE NO. 2:26-cv-04522-JNW<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On November 23, 2026, the Government filed a notice of imminent removal, stating it expects to remove Petitioner in seven (7) days. Dkt. No. 5 at 1. The Court therefore requires expedited briefing to timely resolve this matter. Accordingly, the Court AMENDS the Government's deadline to file its return to November 25, 2026, at 2:30 p.m. Pacific Time. The Court anticipates deciding the matter without a traverse.

Dated this 24th day of November 2026.

Joshua C. Lewis
Clerk
*/s/Alejandro Pasaye Hernandez*
Deputy Clerk